IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. POTTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENTLEY,<br><br>　　　　Defendant. | No. 2:22-CV-0628-TLN-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 40, for a 60-day extension of time to file a third amended complaint. Good cause appearing therefor based on Plaintiff's declaration of the need for additional time due to limited access to the prison law library, Plaintiff's motion will be granted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 40, is GRANTED.

2. Plaintiff shall file a third amended complaint within 60 days of the date of this order.

Dated: August 18, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE